# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/9/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>SERGEY VLADIMIROVICH OCHIGAVA,<br><br>DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br><br>CASE NO.: 2:23-mj-05719-duty |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **SERGEY VLADIMIROVICH OCHIGAVA** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with Stowaway on Aircraft, in violation of Title 18, United States Code, Section 2199.

REC: BY AUSA J'ME FORREST          [Detention]

Honorable Joel Richlin
Name of Magistrate Judge

November 6, 2023
Date

_(signed)_ Joel Richlin
Signature of Magistrate Judge

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location): LAX

| DATE RECEIVED<br>11/6/23 | NAME AND TITLE OF ARRESTING OFFICER<br>Caroline Walling, Special Agent | SIGNATURE OF ARRESTING OFFICER<br>_(signed)_ Caroline Wal[...] |
|---|---|---|
| DATE OF ARREST<br>11/6/23 | | |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                                    Page 1 of 2

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: M | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: 1977 | | PLACE OF BIRTH: Russia | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FBI NUMBER: 4LOXTKPA5

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: FBI | INVESTIGATIVE AGENCY ADDRESS: 11000 Wilshire BLVD #1700, LA, CA 90024 |
|---|---|

NOTES: