FILED
CLERK, U.S. DISTRICT COURT
11/16/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CD\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:23-cr-00567-GW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2199: Stowaway on an Aircraft] |
| SERGEY VLADIMIROVICH OCHIGAVA, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 2199]

On or about November 4, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant SERGEY VLADIMIROVICH OCHIGAVA, with intent to obtain transportation and without the consent of the owner and person in command of the aircraft, having boarded, entered, or secreted himself aboard an aircraft, namely, Scandinavian Airlines Flight No. 931, departing from Copenhagen Airport in Copenhagen, Denmark, remained aboard after the aircraft had left Copenhagen, Denmark, and was on the aircraft when

//

//

the aircraft landed within the jurisdiction of the United States, namely, at Los Angeles International Airport.

                                        A TRUE BILL


                                         /S/
                                        Foreperson


E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

J'ME K. FORREST
Assistant United States Attorney
General Crimes Section