UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | | |
|---|---|---|
| Case No. | 2:23-cr-00567-GW | Date: 11/30/2023 |
| Present: The Honorable: | Maria A. Audero, U.S. Magistrate Judge | |
| Interpreter N/A | | Language N/A |

| Eddie Ramirez/Cindy Orellana | 11/30/2023 | Stephanie Orrick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | In Custody | Attorneys for Defendants: ✓ Present | DFPD |
|---|---|---|---|---|
| Sergey Vladimirovich Ochigava ( Not Present ) | | | Choi, Erica | |

**Proceedings: Arraignment of Defendant and/or   Assignment of Case   Appointment of Counsel**

\* Arraignment continued.
\* Court orders Arraignment continued to 12/5/2023 11:30 a.m. – Courtroom #640 - Roybal Federal Building and U.S. Courthouse - Los Angeles.

| cc: | PSALA | PSAED | PSASA | | Appointment of Counsel: | 00 : 00 |
|---|---|---|---|---|---|---|
| | USMLA | USMED | USMSA | | Arraignment: | 00 : 02 |
| | Statistics Clerk | | Interpreter | | Initials of Deputy Clerk: | CO by TRB |
| | CJA Supervising Attorney | | Fiscal | | | |