UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:23-cr-00567-GW                                               Date: 12/05/2023

Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge

Interpreter: Vladimir Ferkelman                    Language: Russian

| Isabel Verduzco | 12/05/2023 | Jason Gorn |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✔ Present  In Custody            Attorneys for Defendants:  ✔ Present  DFPD

Sergey Vladimirovich Ochigava                                    Choi, Erica

**Proceedings: Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel**

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Vladimir Ferkelman; Language: Russian
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge George H Wu.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 12/26/2023 9:00 AM
* The parties are referred to Judge Wu's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
* Judge Wu is located in 9D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED         PSASA                Appointment of Counsel: 00 : 00
  ✔ USMLA         USMED         USMSA                           Arraignment: 00 : 05
     Statistics Clerk         ✔ Interpreter
     CJA Supervising Attorney  Fiscal              Initials of Deputy Clerk: IV by TRB