# EXHIBIT B

Document #1 – written by Mikkel Guldborg Jensen. Starts with, "Sagens person forsoger fredag …"

On November 3, 2023 at 20:23, subject attempts to board to flight number SK973 to Bangkok at gate C33.  Subject was not successful and asked to leave.

Staff at gate informed police that a confused Russian male came to them and showed them a Russian ID and piece of paper.  The staff could see on the flight manifest that the flight was fully booked and that subject was not on the list and they turned him away.

He had a hand written paper.  They got a first liner translation that it was a letter written to family member of subject.  [translator explanation:  first liner might by the official title of the person who provided the translation.]

Subject tried again on 4th of nov at 6:39 am at gate C30 to board a flight to Gatwick.  Also turned away.

Document #2 – written by Mikkel Guldborg Jensen.  Starts with, "PER ankom till Kobenhavns Lufthavn .."

PER (i.e., subject) arrived at CPH through metro at 15:45.  PER managed to get through CPH airside without showing airline ticket at 16:01. He went through security through Finger C non-Schengen.  He went through control in non-Schengen in possession of Russian passport with no stamps or visas.  He was also in possession of an Israeli passport, which showed that he was an overstay of 30 days.  They took custody of both passports while they figured out his overstay.  He was informed through a Russian interpreter that he had to stay in the non-Schengen area until they figured out the overstay issue.   He attempted to board a plane to Bangkok on November 3 at 20:23.  And then he tried to board a plane to Gatwick on Nov 4 at 06:39.   He managed to board a flight to LA without a ticket or passport on Nov 4 at 08:46.

Video has been reviewed.

Document #3 written by Mikkel Guldborg Jensen.  Starts with, "Under stationstjeneste pa…"

During regular duty on Friday 3, 2023, the writer and PB Jervild were dispatched by the watch commander to Finger C Schengen area because a man who identified himself as Sergey Vladimirovich Ochigava showed a Russian passport number 7635359 that was not biometric and did not have a visa.

When patrol arrived they met with first liner who accepted the man's passport.  She (the first liner) had asked whether he (the subject) had visa stamps and/or where he was going. He said he was walking by the airport to see if he could travel on the document in question and said that he did not have a boarding pass.  He did not want to answer any questions asked by officers.  He did not answer where he wanted to travel.  Officers searched his bag and found an Israeli document number 39379698 and it was clear that he had an overstayed in the Schengen by 30 days.  The first liner knew Russian.  Case has been opened.

Last time police saw him was Friday Nov 3 at 22:20.  On Nov 4 several border police were looking for him but could not find him.  On Nov 5 the writer and PB Nielsen were notified to go to CPH to find person on video surveillance.  They saw on video that he left on Nov 4 on SK 931 to LA from gate C33.

SAS KO Sten was contacted and asked if the subject was on SAS flight to LAX.  They said that he was not.  SAS report has been attached

USAO_000927

Monday Nov 6, Menzies contacted them at 14:50 and asked about D8 3510 [i.e., Norwegian Air Sweden flight to Gatwick] that left gate C30 at 07:10 on Nov 4

Report from Menzies attached.

Nov 7, writer and PB Nielsen were dispatched by watch commander Dueland to CPH to determine subject's movements before he arrived at passport box/passport control.  Going through surveillance it was visible that he arrived by metro at 15:45 and at 16:01 he went through security without a boarding pass.

Nov 8, writer telephonically contacted by Pet. Norgreen head of regional security. Report attached.  Writer was contacted by OC in CPH and secured video surveillance on drive.

Copy of both passports attached.

Document #4 written by Lukas Nielsen

In connection with video check in CPH it was clear that subject attempted to board SK 973 to Bangkok on Nov 3 at 23:05.

SAS KO Peter Moller was contacted by Marquard on Nov 6 and it was agreed he would try to find SAS gate personnel from SK 973.

Moller said gate personnel remembered a confused Russian male showed Russian ID and a piece of paper that was in Russian.  Staff could not understand the man.  They looked at the passenger manifest for SK 973 (flight to Bangkok).  Everyone was on board so they turned him away.  It was agreed with SAS that they would find personnel for SK 931 and they would be questioned.

Nov 6 at 14:44, Guldborg and Nielsen made telephonic contact with SAS.  SAS KO Sten said that there was no video surveillance from boarding however Peter Moller had said that there was video surveillance from the boarding.  Sten said he would call back.

At 16:45 telephone call with SAS.  SAS KO Sten said that subject was not on the passenger manifest for flight to Los Angeles. There were no Russian or Israeli nationals on the manifest.  It was not possible to find the time when a ticket was purchased.  That kind of a search requires a specific name.

At 17:30 – Guldborg and Nielsen had telephonic contact with SAS KO Sten who said that SAS management and security had contacted him about the Russian man.


Fotorapport Non-Schengen

Photo 1 – If look at camera 739 on nov 4, 2023, at 08:24 it is visible that subject is by gate.  He walks away but comes back several times to look

Photo 2 – 8:47 he is in line. Before he is in line he is wandering out looking interested in gate

Photo 3 – Entering after man and before the women with the child.  (translator note: this is the area in the airport where a machine reads a boarding pass and you get the beep).

Photo 4 -  camera 3741 – at 9:15 am you can see subject is boarding SK 391 towards LA

Photo 5 - 753- you can see the plane has left the jet bridge and plane is taxing without the subject having left the plane.

Fotorapport Schengen

1 – Camera 336 metro visible that subject arrives at 15:45 on Nov 3 to CPH by Metro. (translator note: this shows he was in the Schengen area).

2 – Camera 1313 Nov 3 at 15:52 - Subject comes into area where passengers have to scan boarding pass. He walks directly up and looks directly at area where boarding passes are scanned. He goes back and fixes something in his bag and then gets into line

3 – Camera 1312 Nov 3 at 16:01 - Subject is walking through doors with someone. Double glass doors. Appears that subject is scanning something on cell phone. Can see that doors did not close, and light is red. It can be seen that plates did not close as first person walks though and can see that light is shining red.