# Exhibit A



# TOLLUND TRANSLATIONS

253 WEST 73RD STREET, NEW YORK CITY 10023 | 70 TOPSFIELD ROAD, BOXFORD, MASS. 01921
T: +1 (212) 933-1800 | E: MAIL@TOLLUND.COM

## CERTIFICATE OF ACCURACY

State of Massachusetts   )
                         ) s.s.
County of Essex          )

I, CHRISTIAN SCHOENBERG, Director of Tollund, Inc., state that I specialize in the translation of legal documents from Danish into English. For a more detailed overview of my qualifications and professional affiliations, please see overleaf or my LinkedIn profile at https://www.linkedin.com/in/cschoenberg/.

Attached hereto is a copy of a document in Danish — USAO 000689-000718 Danish Police Reports —  (Exhibit A) and my translation of that same document into English (Exhibit B).

I hereby declare and affirm that the translation was prepared by me and that it, to the best of my knowledge and belief, truly and accurately represents the corresponding Danish-language document.

I declare under penalty of perjury that the foregoing statements are true and correct. Notwithstanding the foregoing affirmations, no liability is assumed for errors or omissions in the translation of the attached document. If you have any questions, please feel free to contact me at cs@tollund.com or +1 (212) 933-1800.

Executed in Topsfield, County of Essex, Commonwealth of Massachusetts.

*[Notary public stamp and signature]*

**TRACEY A CONEY**
**Notary Public**
**Massachusetts**
**My Commission Expires**
**Oct 19, 2029**

*Signed on January 20, 2024*

*Signature of Translator*
Christian Schoenberg, (CT), MA, MPhil, MSt, DPhil (Oxon)
Director, Tollund, Inc.



# CHRISTIAN SCHOENBERG, CT, MA, MPhil, MSt, DPhil

**BRIEF PROFILE**

Christian has over 25 years' experience translating legal, life sciences and business texts. He has interpreted at the UN, numerous depositions and is registered as an interpreter with various U.S. state and federal court systems.

Christian holds master of philosophy degrees from University of Copenhagen and Stirling University, a Master of Studies and a Doctorate from the University of Oxford (DPhil Oxon). He was certified by the American Translators Association (ATA) and has served as the ATA certification chairman for Danish to English, and head of ATA's Nordic Division.

**LANGUAGES**

Danish, Norwegian, Swedish > English (US/UK/EU)

**Translation**

English > Danish

Legal texts involving litigation (patents, antitrust, licensing, marketing, injunctions, licensing, letters of request, summonses etc.) within the areas of pharmaceutical, biochemical, medical, general business, and financial services products.

In addition to litigation, Christian's work experience spans the areas of regulatory financial filings (interim and annual financial statements and reports), international, probate, property, and contract law, EU, US, and Danish tax and corporate law, and public tenders.

**Interpretation**

Consecutive and simultaneous – English >< Danish

Twenty-plus years interpreting at criminal and civil court proceedings in state and federal courts, in depositions throughout the United States (consecutive), and at the United Nations in New York City (simultaneous/conference).

**CERTIFICATIONS & EXAMS**

- (Lapsed) American Translators Association (ATA) Certified (Danish to English)
- Danish <> English Translation Exam (University of Copenhagen)
- Translator's Exam and Federal Public Trust Security Clearance (U.S. State Department)
- ProZ Certified Pro

**EDUCATION**

- Master of Arts, English Language & Literature, Univ. of Copenhagen
- Master of Philosophy, English Language & Literature, Univ. of Stirling
- Master of Studies, Research Methods, Univ. of Oxford
- Doctor of Philosophy, English Literature, Univ. of Oxford



EXHIBIT A

*Original Text (Danish)*

**Københavns Politi**
Grænsekontrolsektion 4
Petersdalvej 1a, 2. Sal
2770 Kastrup
Tlf. 33141448

# Rapport
## Sagens persons yderligere færden

*Dato:*       Onsdag den 08. november 2023

| *Journalnr.:* | **0100-83987-00233-23** |
|---|---|

*Forhold nr.:* _____

*Bilag nr.:* _____

Sagens person forsøger fredag d. 3. november 2023 ca. kl. 2305 ved C33 at komme ombord på fly nr.: SK973 imod Bangkok. Dette lykkedes dog ikke for sagens person og han bliver sendt væk igen.

Personalet ved gaten den pågældende dag oplyste, at der var kommet en forvirret Russisk mand hen til dem og vist en Russisk kørekort og et Russisk håndskrevet papir. Da de kunne se på deres passagerliste, at de var fuldt booket og han ikke stod på listen, blev han sendt væk.

Undertegnet havde tidligere på dagen set det håndskrevet papir og fået det oversat af en 1. liner. Det var et brev skrevet til et familiemedlem af sagens person.

Sagens person prøver ligeledes lørdag d. 4. november 2023 ca. kl. 0639 ved gate C30, at komme ombord på fly nr.: D83510 imod Gatwick, hvor han ligeledes bliver afvist.

Mikkel Guldborg Jensen
Politibetjent
Sagsbehandlers underskrift

Udskrevet den 08/01-2024, kl 13:10 af 17914

USAO_000689

USAO_000690

**Københavns Politi**
Grænsekontrolsektion 4
Petersdalvej 1a, 2. Sal
2770 Kastrup
Tlf. 33141448

# Rapport
# fortsat

| | |
|---|---|
| *Dato:* | Tirsdag den 07. november 2023 |

| | |
|---|---|
| *Journalnr.:* | **0100-83987-00233-23** |

*Forhold nr.:*

*Bilag nr.:*

Under stationstjeneste på politistation, Københavns Lufthavn, fredag d. 3. november 2023 ca. kl. 17:10, blev undertegnet og Pb. Jervild af vagthavende sendt til udrejsen i Finger C Schengen, idet en mand legitimerede sig som, Sergey Vladimirovich Ochigava og foreviste et Russisk ikke biometrisk nationalitetspas nr.: 65 No 7635359 uden visering.

Ved patruljens ankomst traf patruljen den pågældende 1. liner i pasboksen, der havde taget imod mandens pas. 1. lineren oplyste, at da hun spurgte ind til, om manden ikke havde nogle visering og hvor han skulle hen, svarede manden, at han bare var ude og gå i København og ville gå forbi Lufthavnen for at se, om han kunne rejse på det pågældende pas. Han oplyste ligeledes, at han ikke havde noget boardingkort.

Sagens person, Sergey Ochigava, ønskede ikke at svare på patruljens spørgsmål, om hans rejsemål, yderligere dokumenter eller boardingkort. Patruljen ransagede derfor Sergey taske, for at udfinde yderligere dokumenter. I Tasken blev der fundet et Israelsk Travel Document nr.: 39379698, hvori det kunne ses, at han havde et overstay i Schengen på 30 dage.

Der blev hjulpet med oversættelse fra en 1. liner der kunne snakke russisk under alt kommunikation med manden.

Sager oprettet under jr. nr.:
./. 0100-84142-01417-23
./. 0100-84130-02075-23
./. 0100-35145-01238-23

Kopier af sagerne vedlagt.

Udskrevet den 08/01-2024, kl 13:10 af 17914

USAO_000692

# Rapport
## fortsat

| | |
|---|---|
| *Dato:* | Tirsdag den 07. november 2023 |

| *Journalnr.:* | **0100-83987-00233-23** |
|---|---|

Sergey Ochigava blev sidste gang set af Politiet i Københavns Lufthavn fredag d. 03. november 2023 ca. kl. 2220 efter han var blevet forkyndt nogle papirer med hjælp fra en telefonisk russisk tolk.

Fortsat lørdag d. 4. november 2023 var flere fra Border Police ude og kigge efter sagens person i Non-Schengen dog uden held.

Fortsat søndag d. 5. november 2023 ca. kl. 1330 blev undertegnet og Pb. Nielsen af vagthavende i Border Police sendt til Københavns Lufthavns OC, for at udfinde sagens person på videoovervågningen.

Lørdag d. 4. november 2023 blev sagens person set på videoovervågningen gå ombord på SK931 til Los Angeles fra Gate C33.

./. Rapport, gennemgang videoovervågning Non-Schengen, vedlagt

SAS KO Sten blev kl. 1740 telefonisk kontaktet og adspurgt, om de havde haft en PAX med sagens persons navn med på deres flyvning fra Gate C33 mod Los Angeles med fly nr.: SK931. Dette afviste SAS.

./. Rapport, kontakt SAS, vedlagt.

Fortsat mandag d. 6. november 2023

Menzies blev kl. 1450 telefonisk kontaktet og adspurgt om flyafgangen D83510 fra C30 kl. 0710 lørdag d. 4 november 2023.

USAO_000693

USAO_000694

# Rapport
## fortsat

| | |
|---|---|
| *Dato:* | Tirsdag den 07. november 2023 |

| *Journalnr.:* | **0100-83987-00233-23** |
|---|---|

./. Rapport, kontakt Menzies, vedlagt.

Fortsat tirsdag d. 7. november 2023

Undertegnede og Pb. Nielsen blev af vagthavende Pk. Duelund sendt til Københavns Lufthavn OC, for udfinde sagens persons færden før han ankom til pasboksen.

Ved gennemgang af videoovervågning før sagens person ankom til pasboksen kunne det ses, at han ankom med metroen til Københavns Lufthavn ca. kl. 1545 og ca. kl. 1601 gik han uden boardingkort igennem Security områdets tjeksted.

./. Rapport, gennemgang videoovervågning Schengen, vedlagt.

Fortsat onsdag d. 8. november 2023

Undertegnet blev telefonisk kontaktet af Head of Regional Security, Per Nørgreen.

./. Rapport, kontakt Per Nørgreen SAS, vedlagt.

Undertegnet blev kontaktet af OC i Københavns Lufthavn der havde sikret det pågældende videoover-vågning. Usb-stik blev sikret under:

       1.   1 stk. USB-stik indeholdende sagens persons færden

som bevis i sagen.

Udskrevet den 08/01-2024 13:10 af 17914

USAO_000695

# Rapport
## fortsat

*Dato:*          Tirsdag den 07. november 2023

| *Journalnr.:* | **0100-83987-00233-23** |
|---|---|

./. Kosterrapport, vedlagt.

./. Kopi af begge pas, vedlagt.

./. Rapport, Sagens persons yderligere færden, vedlagt.

Mikkel Guldborg Jensen
Politibetjent
Sagsbehandlers underskrift

USAO_000696

USAO_000697

**Københavns Politi**
Grænsekontrolsektion 4
Petersdalvej 1a, 2. Sal
2770 Kastrup
Tlf. 33141448

# Anmeldelsesrapport

| | |
|---|---|
| *Dato:* | Onsdag den 08. november 2023 |
| *Rettet:* | Onsdag den 08. november 2023 |

| *Journalnr.:* | **0100-83987-00233-23** |
|---|---|

*Ad.journalnr.:*

| *Anmeldelsesdato/klokkeslæt* | *Anm.måde* |
|---|---|
| Tirsdag den 07. november 2023 kl. 21.42 | Tlf. |

*Forhold nr.:*

*Bilag nr.:*

| *Sagens art* | *Gerningstidspunkt/-rum* |
|---|---|
| Sikkerhed, undersøgelse | Fredag den 03. november 2023 kl. 15.45 |
| | Lørdag den 04. november 2023 kl. 10.12 |

| *Gerningssted* | *Kommune* |
|---|---|
| Finger C non-Schengen | Tårnby |
| Finger C NonSchengen | |
| Københavns Lufthavn | |
| 2770 Kastrup | |

*Sagens genstand*
PER ankom til Københavns Lufthavn via metroen kl. 1545. PER formåede, at skaffe sig adgang til Københavns Lufthavn, "Airside" uden at fremvise flybillet kl. 1601. PER gik igennem Security og videre mod Finger C, non-schengen. PER blev ved kontrol til non-schengen i finger C fundet i besiddelse af et russisk pas uden visering eller stempler. PER blev efterfølgende også fundet i besiddelse af et isrealsk pas, hvori det via hans stempler kunne ses, at han havde et overstay på 30 dage.

Begge PER´s pas blev taget i bevaring, mens overstay sag skulle behandles. PER blev via russisk tolk informeret om, at han skulle forblive i non-schengen område jf. §34 i udlændingeloven indtil Udlændingestyrelsen ankom.

PER forsøgte at boarde et fly mod Bankok d. 3. nov. 2023 kl. 2305. PER forsøgte at boarde et fly mod Gatwick d. 4. nov. kl. 0639. PER skaffede sig adgang til fly mod LA uden flybillet eller pas d. 4. nov. ca. kl. 0846. Afgang kl. 1012.

VO set og sikret fra OC i Københavns Lufthavn.

| *Anmeldelse modtaget af* | *Rapport optaget af* |
|---|---|
| Lukas Nielsen | Mikkel Guldborg Jensen |

**Personer**

| *Sagens person* | *Fødested* | *Nationalitet* |
|---|---|---|
| Sergey Vladimirovich Ochigava / *Inr.:* 020877-ABVM | Moskva/Ussr | RF |
| Ukendt | | |
| 0000 Ukendt Adresse / Ukendt kommune | | |

| *Sendt til:* | EAE | NEC | NKC | KC | Andet |
|---|---|---|---|---|---|
| | [] | [] | [] | [] | [] |

Udskrevet den 08/01-2024, kl 13:10 af 17914

USAO_000698

USAO_000699

# Anmeldelsesrapport

*Dato:*       Onsdag den 08. november 2023
*Rettet:*      Onsdag den 08. november 2023

| Journalnr.: | **0100-83987-00233-23** |
| --- | --- |

Mikkel Guldborg Jensen
Politibetjent

Sagsbehandlers underskrift

USAO_000700

**Københavns Politi**
Grænsekontrolsektion 4
Petersdalvej 1a, 2. Sal
2770 Kastrup
Tlf. 33141448

**Rapport**
**kontakt til SAS**

Dato:        Tirsdag den 07. november 2023

| Journalnr.: | **0100-83987-00233-23** |
|---|---|

Forhold nr.: _____

Bilag nr.: _____

I forbindelse med videocheck i OC i Københavns Lufthavn fremkom det, at søgte person havde forsøgt ombord stigning på SK973 til Bangkok d. 3 november 2023 kl. ca. 2305.

SAS KO ved Peter Møller blev telefonisk kontakten af Sagsleder, Marquard d. 6 november 2023 kl. 1030. Han blev kort sat ind i sagen og det blev aftalt, an han ville forsøge at udfinde personale fra gaten, hvorfra SK973 gik.

SAS KO ved Peter Møller oplyste, at personalet kunne huske en forvirret russisk mand, som havde forevist et russisk ID kort samt et stykke A4 papir, hvorpå der stod noget på russisk. Personalet kunne ikke forstå manden, og da man jf. passagerlisten havde alle ombord på SK973 blev den russiske mand sendt væk.

Aftalt med SAS KO, at De ville udfinde personalet, som stod ved gaten til SK931 mod Los Angeles – ligesom at de ville udfinde videomateriale fra ombord stigningen. SAS KO ville være klar til telefonisk kontakt fra kl. 14, d. 6. november 2023.

Senere d. 6. november kl. 1444 tog pb. Guldborg og pb. Nielsen telefonisk kontakt til SAS.

SAS KO, ved Sten, oplyste, at der ikke var videoovervågning fra ombord stigningen, hvilket tidligere af Peter Møller var blevet oplyst, at der var. Sten kunne ikke oplyste andet af politimæssig interesse på nuværende tidspunkt. SAS KO, ved Sten, oplyste, at han ville ringe tilbage senere d. 6. november 2023.

Senere d. 6. november kl. 1645 – telefonisk kontakt med SAS

SAS KO, ved Sten, oplyste, at der på passagerlisten ikke sås et navn som stemte overens med sigtedes på flyafgangen mod Los Angeles. Ej sås personer med russisk eller israelsk nationalitet på listen. Li-

USAO_000701

# Rapport
## kontakt til SAS

Dato:          Tirsdag den 07. november 2023

| Journalnr.: | 0100-83987-00233-23 |
|---|---|

geledes blev det oplyst, at det via. Transaktionslisten ikke er muligt at udfinde tidspunkter på hvornår eventuelle billetter til Los Angeles er købt. Dette kræver et specifikt navn, som der kan søges efter.

SAS KO, ved Sten, oplyste, at han ville udfinde personalet, som var tilstede ved gaten d. 4. november 2023, afgang mod Los Angeles og vende tilbage.

<u>Senere d. 6. november 2023 kl. 1730</u>

Pb. Guldborg og pb. Nielsen havde telefonisk kontakt med SAS KO, ved Sten kl. 1730, som kunne oplyse, at SAS Security samt SAS ledelse havde kontaktet ham, idet de var inde i sagen. De var blevet opmærksomme på den russiske mand, SIG, idet han havde listet sig ombord som blind passager på SK931 mod Los Angeles, og derved ikke var på passagerlisten. SIG var derfor ikke i besiddelse af en flybillet, idet han boardede SK931 mod Los Angeles. Ydermere blev det oplyst, at SIG var blevet anholdt af FBI i Los Angeles.

SAS KO, ved Sten havde ikke yderligere af benævnelsesværdig værdi at oplyse om sagen.

Lukas Nielsen
Politibetjent
Sagsbehandlers underskrift

USAO_000702

Københavns Politi

# Fotorapport

Politigården
1567 København V
Tlf. 3314 1448

| | |
|---|---|
| **Dato:** | 08-11-2023 |
| **Journalnr.:** | 0100-83987-00233-23 |
| **Forhold nr.:** | |
| **Bilag nr.:** | |

# Fotorapport

## Gennemgang videoovervågning Non-Schengen

USAO_000703

# Københavns Politi

**Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

**Dato:** 08-11-2023
**Journalnr.:** 0100-83987-00233-23
**Forhold nr.:**
**Bilag nr.:**

1



På kamera 739 d. 4. november 2023 ca. kl. 08:24 kan det ses, at sagens person er henne ved gaten og se. Han går efterfølgende væk igen, men kommer flere gange tilbage og kigger.

2



På kamera 739 d. 4. november 2023 ca. kl 08:47 kan det ses, at sagens person står i køen. Han gør minutterne før rundt ude foran og kigger interesseret ind på gaten.

Københavns Politi                                    **Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

**Dato:** 08-11-2023
**Journalnr.:** 0100-83987-00233-23
**Forhold nr.:**
**Bilag nr.:**

3



På kamera 739 d. 4 november 2023 ca. kl. 08:47:57 kan det ses, at sagens person kommer ind
efter manden og ind foran kvinden med barnet.

4



På Kamera 3741 C33 d. 4 november 2023 ca. kl. 09:15 kan det ses, at sagens person er på vej
ombord SK931 imod LA.

# Københavns Politi

**Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

**Dato:** 08-11-2023
**Journalnr.:** 0100-83987-00233-23
**Forhold nr.:**
**Bilag nr.:**

5



På kamera 753 d. 4. november 2023 kan ses, at broen har forladt flyet og flyet bliver skubbet tilbage uden sagens person har forladt flyet.

Københavns Politi

# **Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

| | |
|---|---|
| **Dato:** | 08-11-2023 |
| **Journalnr.:** | 0100-83987-00233-23 |
| **Forhold nr.:** | |
| **Bilag nr.:** | |

Sagsbehandlers underskrift

USAO_000707

Københavns Politi

**Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

**Dato:** 08-11-2023
**Journalnr.:** 0100-83987-00233-23
**Forhold nr.:**
**Bilag nr.:**

# Fotorapport

## Gennemgang videoovervågning Schengen



USAO_000708

## Københavns Politi

# **Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

**Dato:** 08-11-2023
**Journalnr.:** 0100-83987-00233-23
**Forhold nr.:**
**Bilag nr.:**

1



På kamera 336 Metro kan det ses, at sagens person ankommer til Københavns Lufthavn d. 3. november 2023 ca. kl 15:45.

2



På kamera 1313 d. 3. november 2023 ca. kl. 15:52 kan det ses, at sagens person kommer ind i området, før man skal scanne sit boardingkort. Han går direkte hen og ser på scanningsstedet, hvor man scanner sit boardingkort og efterfølgende går han tilbage og ordner noget i sin taske. Efterfølgende går han hen i køen.

# Københavns Politi

# **Fotorapport**

Politigården
1567 København V
Tlf. 3314 1448

**Dato:** 08-11-2023
**Journalnr.:** 0100-83987-00233-23
**Forhold nr.:**
**Bilag nr.:**

3



På kamera 1312 d. 3. november 2023 ca. kl. 16:01 kan det ses, at sagens person går med en anden person ind igennem skydedørene, hvor man scanner sit boardingpas og det kan ligeledes ses, at sagens person lader som om, at han også scanner noget på sin mobil. Det kan ses at stedet ikke når at lukke efter den første person går ind og det kan ligeledes ses, at lampen ved skydedørene efterfølgende lyser rød.

4



På kamera 515 d. 3. november 2023 ca. kl. 16:01 kan det ses, at sagens person går igennem sammen med personen foran.

Udarbejdet af
Udskrevet den 08-11-2023 kl. 19:12

3 af 4



Københavns Politi

# **Fotorapport**

| | |
|---|---|
| Politigården | **Dato:** 08-11-2023 |
| 1567 København V | **Journalnr.:** 0100-83987-00233-23 |
| Tlf. 3314 1448 | **Forhold nr.:** |
| | **Bilag nr.:** |

_____

Sagsbehandlers underskrift

Udarbejdet af
Udskrevet den 08-11-2023 kl. 19:12

4 af 4

USAO_000711



USAO_000713





USAO_000715



USAO_000716



USAO_000717

USAO_000718



EXHIBIT B

*Translated Text (American English)*

**Copenhagen Police**
Border Control Section 4
Petersdalvej 1A, Second Floor
DK-2770 Kastrup
Tel. [+45] 3314 1448

# Report
## Further movements of person of interest

| | |
|---|---|
| *Date:* | Wed., Nov. 8, 2023 |
| *Ref. no.:* | **0100-83987-00233-231** |
| *Matter no.:* | |
| *Exhibit no.:* | |

On Fri., Nov. 3, 2023 at approx. 11:05 p.m., the person of interest attempted to board Flight SK973 to Bangkok at Gate C33. However, he was unsuccessful and was sent away.

The gate staff that day stated that a confused Russian male had approached them and presented a Russian driver's license and a Russian handwritten piece of paper. They checked their passenger manifest and ascertained that they were fully booked. He was not on the manifest and was sent away.

Earlier in the day, I observed the handwritten piece of paper and had it translated by a first-line staff member. It was a letter written to a relative of the person of interest.

On Sat., Nov. 4, 2023 at approx. 6:39 a.m., the person of interest also attempted to board Flight D83510 to Gatwick at Gate C30, where he was also turned away.

Mikkel Guldborg Jensen
Police Officer
Signature of Case Officer

DRAFT

Printed on Jan. 8, 2024 at 1:10 p.m. by 17914

[Page left blank]

USAO_000690

**Copenhagen Police**
Border Control Section 4
Petersdalvej 1A, Second Floor
DK-2770 Kastrup
Tel. [+45] 3314 1448

# Report
## cont.

| | |
|---|---|
| *Date:* | Tuesday, Nov.7, 2023 |
| *Ref. no.:* | **0100-83987-00233-23** |
| *Matter no.:* | |
| *Exhibit no.:* | |

During station duty at Copenhagen Airport Police Station on Nov. 3, 2023 at approx. 5:10 p.m., the on-duty officer sent Police Officer Jervild and me to Departure Area, Pier C - Schengen, because a man had identified himself as Sergey Vladimirovich Ochigava and presented a Russian non-biometric nationality passport (No. 65 No. 7635359) with no visa.

Upon arrival, the patrol contacted the first-line staff member at the passport control turnstile who had received the man's passport. The first-line staff member explained that when she asked why the man had no visa and inquired where he was going, the man replied that he had merely been out for a stroll around Copenhagen and had decided to stop by the airport to see if he could travel on the passport in question. He also stated that he had no boarding pass.

The person of interest, Sergey Ochigava, was unwilling to answer the patrol's questions regarding his travel destination, any additional documents, or boarding pass. The patrol therefore searched Sergey's bag for additional documents. In the bag, the patrol located an Israeli Travel Document No. 39379698, from which we observed that he had a 30-day overstay in the Schengen Area.

A Russian-speaking first-line staff member assisted with translating all communications with the man.

Cases were created with the following reference numbers:
0100-84142-01417-23 (enclosed)
0100-84130-02075-23 (enclosed)
0100-35145-01238-23 (enclosed)
Copies of the cases have been enclosed.

Printed on Jan. 8, 2024 at 1:10 p.m. by 17914

DRAFT

[Page left blank]

USAO_000692

# Report
## cont.

| | |
|---|---|
| *Date:* | Tue., Nov.7, 2023 |

| *Ref. no.:* | **0100-83987-00233-23** |
|---|---|

---

The Copenhagen Airport Police last saw Sergey Ochigava Fri., Nov. 3, 2023 at approx. 10:20 p.m. after he had been served with some papers with the assistance of a Russian telephone interpreter.

Cont., Sat., Nov. 4, 2023 several members of the Border Police were out looking for the person of interest in the Non-Schengen Area – without success.

Cont., Sun., Nov. 5, 2023 at approx. 1:30 p.m., the on-duty Border Police officer sent Police Officer Nielsen and me to Copenhagen Airport's Operational Control to review video surveillance footage for the person of interest.

On the footage, the person of interest was observed boarding Flight SK931 to Los Angeles on Sat., Nov. 4, 2023 at Gate C33.

Enclosure: Report – Review of video surveillance, Non-Schengen

At 5:40 p.m., SAS Duty Manager Sten was contacted by phone and asked if they had had a passenger manifest listing the name of the person of interest on their flight from Gate C33 to Los Angeles with Flight SK931. SAS denied this.

Enclosure: Report – Contact SAS

Cont., Mon., Nov. 6, 2023

Menzies was contacted by phone at 2:50 p.m. and asked about the flight departure D83510 from Gate C30 at 7:10 a.m. on Sat., Nov. 4, 2023.

USAO_000693

[Page left blank]

USAO_000694

# Report
## cont.

| | |
|---|---|
| *Date:* | Tuesday, Nov.7, 2023 |
| *Ref. no.:* | **0100-83987-00233-23** |

Enclosure: Report – Contact Menzies

Cont., Tues., Nov. 7, 2023

On-duty Police Commissioner Duelund sent Police Officer Nielsen and me to Copenhagen Airport Operational Control to investigate the movements of the person of interest before he arrived at the passport control turnstile.

In reviewing the video surveillance before the arrival of the person of interest at the passport control turnstile, the footage showed that he arrived via the Metro at Copenhagen Airport at approx. 3:45 p.m. At approx. 4:01 p.m., he walked through the Security Area checkpoint without a boarding pass.

Enclosure: Report – Review of video surveillance, Schengen

Cont., Wed., Nov. 8, 2023

I was contacted by phone by Per Nørgreen, Head of Regional Security.

Enclosure: Report – Contact Per Nørgreen SAS

I was contacted by Copenhagen Airport Operational Control, which had secured the relevant video surveillance footage. A USB stick was secured as:

l. l USB stick with the movements of the person of interest as case evidence.

Printed on Jan. 8, 2024 at 1:10 p.m. by 17914                                             Page 3

USAO_000695

# Report
## cont.

| | |
|---|---|
| *Date:* | Tuesday, Nov.7, 2023 |

| *Ref. no.:* | **0100-83987-00233-23** |
|---|---|

---

Enclosure: Confiscated item report
Enclosure: Copies of both passports
Enclosure: Report – Further movements of person of interest

---

Mikkel Guldborg Jensen
Police Officer

Signature of Case Officer

D
R
A
F
T

USAO_000696

[Page left blank]

USAO_000697

**Copenhagen Police**
Border Control Section 4
Petersdalvej 1A, Second Floor
DK-2770 Kastrup
Tel. [+45] 3314 1448

# Registration Report

*Date:*                     Wed., Nov. 8, 2023
*Revised:*               Wed., Nov. 8, 2023

| *Ref. no.:* | **0100-83987-00233-231** |
|---|---|

*Re case no.:*

| *Registration date/time* | *Reporting method* | *Matter no.:* |
|---|---|---|
| Tues., Nov. 7, 2023 at 9:42 p.m. | Tel. | |

*Exhibit no.:*

*Nature of case*
Security, investigation

*Incident time/period*
Fri., Nov. 3, 2023 at 3:45 p.m.
Sat., Nov. 4, 2023 at 10:12 a.m.

*Location of incident*
Pier C - Non-Schengen
Pier C - Non-Schengen
Copenhagen Airport
DK-2770 Kastrup

*Municipality*
Tårnby

*Subject matter of case*

Person arrived at Copenhagen Airport via the Metro at 3:45 p.m. Person managed to gain access to the "airside" of Copenhagen Airport at 4:01 p.m. without presenting an airline ticket. Person walked through Security and proceeded toward Pier C - Non-Schengen Area. At the control point into the Non-Schengen Area in Pier C, Person was found in possession of a Russian passport with no visa or stamps. Person was subsequently also found to be in possession of an Israeli passport, which had stamps that showed that he had an overstay of 30 days.

Both of Person's passports have been confiscated while the overstay case is being processed. Person was informed through a Russian interpreter that he was required to remain in the Non-Schengen Area — *cf.*, Sec. 34 of the Danish Aliens Act (Udlændingeloven) — until Danish Immigration Service representatives would arrive.

Person attempted to board a plane to Bangkok on Nov. 3, 2023 at 11:05 p.m. Person attempted to board a plane to Gatwick on Nov. 4 at 6:39 a.m. Person gained access to a plane to LA without an airline ticket or passport on Nov. 4 at approx. 8:46 a.m. Departure at 10:12 a.m.

Video surveillance footage viewed and secured from Copenhagen Airport Operational Control.

*Registration received by*
Lukas Nielsen

*Report taken by*
Mikkel Guldborg Jensen

**Persons**

*Person of interest*                                *Place of birth*       *Nationality*
Sergey Vladimirovich Ochigava / No.: 020877-ABVM     Moscow/USSR     Russian Federation
Unknown
0000 No known address / No known municipality

| Sent to: | EAE | NEC | NKC | KC | Other: |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ |

USAO_000698

[Page left blank]

USAO_000699

# **Registration Report**

| | |
|---|---|
| *Date:* | Wed., Nov. 8, 2023 |
| *Revised:* | Wed., Nov. 8, 2023 |

| | |
|---|---|
| *Ref. no.:* | **0100-83987-00233-23** |

---

Mikkel Guldborg Jensen
Police Officer

Signature of Case Officer

USAO_000700

**Copenhagen Police**
Border Control Section 4
Petersdalvej 1A, Second Floor
DK-2770 Kastrup
Tel. [+45] 3314 1448

# Report
## Contact to SAS

| | |
|---|---|
| *Date:* | Tue., Nov.7, 2023 |
| *Ref. no.:* | **0100-83987-00233-23** |
| *Matter no.:* | |
| *Exhibit no.:* | |

In connection with a video check at Copenhagen Airport Operational Control, it emerged that the wanted person had attempted to board Flight SK973 to Bangkok on Nov. 3, 2023 at approx. 11:05 p.m.

SAS Duty Manager Peter Møller was contacted by phone by Case Manager Marquard on Nov. 6, 2023 at 10:30 a.m. He was provided with a briefing on the case, and it was agreed that he would attempt to find the individuals who had staffed the gate from which SK973 departed.

SAS Duty Manager Peter Møller stated that the staff did recall a confused Russian man who had presented a Russian ID card as well as an A4-size piece of paper on which was written something in Russian. The staff could not understand the man, and since everyone on the passenger manifest had already boarded SK973, the Russian man was sent away.

We arranged with the SAS Duty Manager office that they would attempt to both locate the staff that had manned the gate for SK931 to Los Angeles and the boarding video footage. The SAS Duty Manager would be available for a telephone call on Nov. 6, 2023 from 2 o'clock in the afternoon.

Later on Nov. 6, at 2:44 p.m., Police Officers Guldborg and Nielsen telephoned SAS.
SAS Duty Manager Sten stated that, contrary to what Peter Møller had previously stated, there was no surveillance video footage from the boarding. Sten was unable to provide any other statements relevant to the police investigation for now. SAS Duty Manager Sten stated that he would call back later on Nov. 6, 2023.

Later on Nov. 6, at 4:45 p.m. - telephone contact with SAS
SAS Duty Manager Sten stated that there was no name matching the suspect's name on the passenger manifest for the accused person's flight departure to Los Angeles. There was also no one with Russian or Israeli nationality on the manifest.

Printed on Jan. 8, 2024 at 1:10 p.m. by 17914

# Report
## Contact to SAS

| | |
|---|---|
| *Date:* | Tue., Nov.7, 2023 |

| | |
|---|---|
| *Ref. no.:* | **0100-83987-00233-23** |

He also stated that establishing a time of purchase for tickets to Los Angeles was impossible. This would require a specific name for searching.

SAS Duty Manager Sten stated that he would investigate which staff were present at the gate on Nov. 4, 2023 for the departure to Los Angeles and get back to us.

Later on Nov. 6, 2023 at 5:30 p.m.

Police Officers Guldborg and Nielsen were in telephone contact with SAS Duty Manager Sten at 5:30 p.m., who stated that both SAS Security and SAS management had contacted him, as they had been informed of the case. They had become aware of the Russian male, the accused, as he had snuck aboard as a stowaway on SK931 to Los Angeles and therefore was not on the passenger manifest. The accused was therefore not in possession of an airline ticket when boarding SK931 to Los Angeles. Moreover, it was stated that the accused had been arrested by the FBI in Los Angeles.

SAS Duty Manager Sten had no further relevant information about the case.

Lukas Nielsen
Police Officer
Signature of Case Officer

Printed on Jan. 8, 2024 at 1:10 p.m. by 17914

USAO_000702

Copenhagen Police

# Photo report

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 3314 1448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | ------------ |
| **Exhibit no.:** | |

# Photo report
## Review of video surveillance Non-Schengen

USAO_000703

Copenhagen Police

# Photo report

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | |
| **Exhibit no.:** | |

**1**



On Camera 739 on Nov. 4, 2023 at approx. 8:24 a.m., it is observed that the person of interest is out by the case looking around. He then walks away but returns multiple times to look around.

**2**



On Camera 739 on Nov. 4, 2023 at approx. 8:47 a.m., it is observed that the person of interest is standing in line. The minutes before joining the line, he walks around outside looking interested toward the gate.

Copenhagen Police

# Photo report

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | ------------- |
| **Exhibit no.:** | |

**3**



On Camera 739 on Nov. 4, 2023, approx. 8:47:57, it is observed that the person of interest enters after the man and ahead of the woman with the child.

**4**



On Camera 3741 at C33 on Nov. 4, 2023, approx. 9:15 a.m., it is observed that the person of interest is boarding SK931 to LA.

USAO_000705

Copenhagen Police

# Photo report

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | ------------- |
| **Exhibit no.:** | |

**5**



On Camera 753 on Nov. 4, 2023, it is observed that the jet bridge has been disconnected from the plane and that the plane has pushed away without the person of interest having left the plane.

USAO_000706

# Copenhagen Police

**Photo report**

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | ------------ |
| **Exhibit no.:** | |

Signature of Case Officer

Prepared by wrx44397
Printed on Nov. 8, 2023 at 19:15 p.m.

5 by 5

USAO_000707

Copenhagen Police                                    **Photo report**

Copenhagen Police Headquarters          **Date:**    Nov. 8, 2023
DK-1567 Copenhagen V                  **Ref. no.:**   0100-83987-00233-23
Tel. [+45] 33141448                **Matter no.:**   ------------
                                    **Exhibit no.:**

# Photo report
## Review of video surveillance Non-Schengen

USAO_000708

Copenhagen Police

# Photo report

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

**Date:** Nov. 8, 2023
**Ref. no.:** 0100-83987-00233-23
**Matter no.:**
**Exhibit no.:**

**1**



On Camera 336 Metro, it is observed that the person of interest is arriving at Copenhagen Airport on Nov. 3, 2023, approx. 3:45 p.m.

**2**



On Camera 1313 on Nov. 3, 2023, approx. 3:52 p.m., it is observed that the person of interest is entering the boarding pass pre-scan area. He walks directly across the floor, looks at the boarding pass scanner, and then walks back, where he rummages around in his bag. He then joins the line.

USAO_000709

Copenhagen Police

# **Photo report**

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | ------------ |
| **Exhibit no.:** | |

**3**



On Camera 1312 on Nov. 3, 2023, approx. 4:01 p.m., it is observed that the person of interest is walking through the sliding doors by the boarding pass scanner with another person. It is also observed that the person of interest pretends to also scan something on his mobile phone. It is observed that that the location does not have time to close after the first person enters and that the light by the sliding doors is showing red.

**4**



On Camera 515 on Nov. 3, 2023 at approx. 4:01 a.m., it is observed that the person of interest is walking through together with the person in front of him.

USAO_000710

Copenhagen Police

# **Photo report**

Copenhagen Police Headquarters
DK-1567 Copenhagen V
Tel. [+45] 33141448

| | |
|---|---|
| **Date:** | Nov. 8, 2023 |
| **Ref. no.:** | 0100-83987-00233-23 |
| **Matter no.:** | ------------- |
| **Exhibit no.:** | |

_____

Signature of Case Officer

USAO_000711



USAO_000712

[Page left blank]

USAO_000713



USAO_000714



בדבר חידוש ראה אסמכתא 69

מדינת ישראל STATE OF ISRAEL

| | | |
|---|---|---|
| דרכון זמני | | Passport No / מס׳ דרכון |
| PROVISIONAL PASSPORT | | 39379698 |
| STATE OF ISRAEL | | |
| Type / סוג | | שם משפחה |
| PP/ דד | IS | אוצ׳יגבה |
| Surname | | שם פרטי |
| OCHIGAVA | | סרגיי |
| Given name | | אזרחות |
| SERGEY | | ישראלית |
| Nationality | | I.D. No / מס׳ זהות |
| ISRAELI | | 3-4100434-9 |
| Date of birth / תאריך לידה | | ברית המועצות |
| 02/08/1977 | | Place of birth / מקום לידה |
| Sex / מין | USSR | 20/02/2028 |
| M / ז | | סמכות וממנה ודרכנים / ירושלים |
| Date of issue / תאריך הנפקה | | |
| 21/02/2023 | | |
| Authority - I.C. / Passport at | | |
| JERUSALEM | | |

Holder signature / חתימת בעל הדרכון

PPISROCHIGAVA<<SERGEY<<<<<<<<<<<<<<<<<<<<<<<<<<<
39379698<0ISR7708028M28022083<4100434<9<<<02

USAO_000715



USAO_000716



USAO_000717

[Page left blank]

USAO_000718