E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JASON A. GORN (Cal. Bar No. 296179)
BRANDON E. MARTINEZ-JONES (Cal. Bar No. 318749)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894- 7962/7167
     Facsimile: (213) 894-0141
     E-mail:    jason.gorn@usdoj.gov
                brandon.martinez-jones@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>SERGEY VLADIMIROVICH OCHIGAVA,<br><br>          Defendant. | No. 2:23-cr-00567-GW<br><br>AMENDED JOINT EXHIBIT LIST<br><br>Trial Date:  January 23, 2024<br>Trial Time:  8:30 a.m.<br>Location:    Courtroom of the<br>             Hon. George H. Wu |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jason A. Gorn and Brandon E. Martinez-Jones, and defendant SERGEY VLADIMIROVICH OCHIGAVA, by and through his counsel of record, Deputy Federal Public Defenders Erica Choi and Nadine Hettle, hereby submit their Amended Joint Exhibit List for trial in the above-captioned case.

The parties respectfully reserve the right to modify this list prior to and throughout trial.

```
Dated: January 22, 2024          Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                        /s/
                                 JASON A. GORN
                                 BRANDON E. MARTINEZ-JONES
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: January 22, 2024          /s/ *authorized by email 1/22/24*
                                 ERICA CHOI
                                 NADINE HETTLE
                                 Attorneys for Defendant
                                 SERGEY VLADIMIROVICH OCHIGAVA
```

2

**UNITED STATES v. SERGEY VLADIMIROVICH OCHIGAVA**

**GOVERNMENT'S EXHIBIT LIST**

| Ex. | DESCRIPTION | MARKED | ADMITTED | Defense Position |
|---|---|---|---|---|
| Ex. 1 | Photograph of Partial Russian Passport on Phone | | | |
| Ex. 2 | Photograph of Defendant's Pocket Trash from SAS Airlines (Two Pages) | | | |
| Ex. 3 | Photograph of Israeli Identification Document | | | |
| Ex. 4 | Photograph of Defendant's Backpack and Belongings | | | |
| Ex. 5 | Surveillance Video of LAX Airport Gate 156 (Lower) | | | Surveillance video not depicting the defendant (USAO_000449) is not relevant |
| Ex. 6 | Surveillance Video Still Photograph of LAX Airport Gate 156 (Lower) | | | |
| Ex. 7 | Surveillance Video of LAX Airport Gate 156 (Upper) | | | |
| Ex. 8 | Surveillance Video Still Photograph of LAX Airport Gate 156 (Upper) | | | |
| Ex. 9 | Surveillance Video of LAX Airport Gate 156 (Gate) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. 10 | Surveillance Video Still Photograph of LAX Airport Gate 156 (Gate) | | | | |
| Ex. 11 | SAS Flight 931 Flight Manifest | | | | |
| Ex. 11-1 | Declaration of Custodian Certifying Business Record (902(11) Certification for Exhibit 11) | | | | |
| Ex. 12 | Photograph of iPhone Showing Departure Screens | | | Photographs taken from Mr. Ochigava's phone are inadmissible without a proper foundation and authentication | |
| Ex. 12-1 | Photograph of iPhone Showing Departure Screens (Zoom) | | | | |
| Ex. 13 | Photograph of Gate C 33 | | | The defense may object as to lack of foundation and authentication | |
| Ex. 14 | Copenhagen Airport Surveillance Video 899 - Metro | | | The defense may object as to foundation, relevance, 403, and cumulativeness | |
| Ex. 15 | Copenhagen Airport Surveillance Video 1313 - Security | | | The defense may object as to foundation, relevance, 403, and cumulativeness | |
| Ex. 16 | Copenhagen Airport Surveillance Still Photo- 1312 | | | The defense may object as to foundation, relevance, 403, and cumulativeness | |
| Ex. 17 | Copenhagen Airport Surveillance Video 1312- Security | | | The defense may object as to foundation, relevance, 403, and cumulativeness | |

2

| | | | | |
|---|---|---|---|---|
| Ex. 18 | Copenhagen Airport Surveillance Video 515- Security | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 19 | Copenhagen Airport Still Photograph from Surveillance Video 515 | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 20 | Copenhagen Airport Surveillance Video C33 | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 21 | Copenhagen Airport Surveillance Video 4112- Gate 33 | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 22 | Copenhagen Airport Surveillance Video 739 – Gate 33 | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 23 | | | | |
| Ex. 24 | Copenhagen Airport Surveillance Video 753 - Jet bridge (rear) | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 25 | Copenhagen Airport Surveillance Video 3741 -Jet bridge(front) | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 26 | Copenhagen Airport Surveillance Still Photograph of Video 3741 - Jet Bridge(front) | | | The defense may object as to foundation, relevance, 403, and cumulativeness |
| Ex. 27 | SAS Flight 931 seat map | | | |
| Ex. 28 | Russian Passport Seized by Danish Police | | | |

3

| | | | | |
|---|---|---|---|---|
| Ex. 29 | Israeli Passport Seized by Danish Police | | | |
| Ex. 30 | | | | |
| Ex. 31 | | | | |
| Ex. 32 | | | | |
| Ex. 33 | | | | |
| Ex. 34 | | | | |
| Ex. 35 | | | | |
| Ex. 36 | Defendant's Green Hat | | | The defense objects based on relevance and FRE 403. |
| Ex. 37 | | | | |
| Ex. 38 | | | | |

4

**Defense Exhibit List**

| Exhibit | Description | Marked | Admitted | Government Position |
|---|---|---|---|---|
| 101 | Photograph of Israeli identification | | | |
| 102 | Photographs of Russian identification | | | |
| 103 | Photograph of Israeli passport | | | |
| 104 | Photograph of Russian passport | | | |
| 105 | Surveillance video stills | | | |
| 106 | Photograph of Ochigava in CBP custody | | | 401, 403 |
| 107 | Photograph of Ochigava in CBP custody | | | 401, 403 |
| 108 | Report of Interview (ROI) of Willie Morris | | | 801 |
| 109 | ROI of Gustavo Tello | | | 801 |
| 110 | ROI of Karla Chavez | | | 801 |
| 111 | ROI of Yuri Zakharov | | | 801 |
| 112 | ROI of Chan Chung | | | 801 |
| 113 | ROI of Gracelynn Cracchiolo | | | 801 |
| 114 | E-mails of Gracelynn | | | 801 |

|     |                                                   |   |   |          |
|-----|---------------------------------------------------|---|---|----------|
|     | Cracchiolo                                        |   |   |          |
| 115 | ROI of Bo Lindstroem                              |   |   | 801      |
| 116 | ROI of Manuela de Chiffre Johannesen              |   |   | 401; 801 |
| 117 | ROI of Nanne Jappe (1)                            |   |   | 801      |
| 118 | ROI of Nanne Jappe (2)                            |   |   | 801      |
| 119 | ROI of CBP Officer Abraham Perez                  |   |   | 401; 801 |
| 120 | Danish police report                              |   |   | 801; 901 |
| 121 | LAX arrival video                                 |   |   |          |
| 122 | Transcript of interviews of Sergey Ochigava       |   |   | 801      |
| 123 | Recorded interview of Sergey Ochigava, Nov. 4, 2023 |   |   | 801      |
| 124 | Recorded interview of Sergey Ochigava, Nov. 5, 2023 |   |   | 801      |
| 125 | Copenhagen Airport Video Surveillance – Security Control |   |   |    |
| 126 | Copenhagen Airport Video Surveillance – Gate C33  |   |   |          |
| 127 | Copenhagen Airport Video Surveillance –           |   |   |          |

|  |  |  |  |
|---|---|---|---|
|  | Jetbridge |  |  |
| 128 | Copenhagen Airport Video Surveillance - Gate C33 |  |  |
| 129 | ROI of Bo Lindstroem |  | 801 |
| 130 | ROI of Karla Chavez |  | 801 |
| 131 | ROI of Yuri Zakharov |  | 801 |
| 132 | ROI of Gracelynn Cracchiolo |  | 801 |
| 133 | DHS Personnel Records for Karla Chavez – subject to protective order |  | 801 |
| 134 | ROI of Chan Chung |  | 801 |
| 135 | ROI of Gustavo Tello |  | 801 |
| 136 | ROI of Rashaud Albritton |  | 801 |
| 137 | ROI of Abraham Perez |  | 801 |
| 138 | ROI of Willie Morris |  | 801 |
| 139 | ROI of Daniel Krockel |  | 801 |
| 140 | Notes of Interview of Mikkel Guldborg Jensen |  | 801 |
| 141 | Caroline Walling Report (Bates 37-39) |  | 801 |
| 142 | Translation of Danish police report |  | 801 |
| 143 | Copenhagen Airport Map |  |  |