

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. __CR 23-567-GW__

Title: __United States of America v. Sergey Vladimirovich Ochigava__

JURY NOTE NUMBER __1__

__X__     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

DATE: 1/26/2023      SIGNED: **REDACTED**
TIME: 0916                       FOREPERSON OF THE JURY