FILED
CLERK, U.S. DISTRICT COURT

JAN 2 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-CR-00567-GW |
| Plaintiff, | VERDICT FORM |
| v. | |
| SERGEY VLADIMIROVICH OCHIGAVA, | |
| Defendant. | |

1

**VERDICT**

    We, the jury in the above-captioned case, unanimously find the defendant SERGEY VLADIMIROVICH OCHIGAVA:

        _____   NOT GUILTY

        ___X___   GUILTY

of the charge in the Indictment, Stowaway on Aircraft, in violation of 18 U.S.C. § 2199.

1/26/2024
_____
DATED

*REDACTED*
_____
FOREPERSON OF THE JURY