# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(  ☐  Amended _____ )

| | |
|---|---|
| Case No.   CR 23-567-GW | Date   February 5, 2024 |

Present: The Honorable   **HON. GEORGE H. WU, U.S. DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | Jason A. Gorn; Brandon E. Martinez-Jones |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Sergey Vladimirovich Ochigava | ✔ | ☐ | Erica Choi | ☐ | ✔ | ☐ | Klara Rabinowitsch - RUSSIAN |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ✔ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   ✔ Refer to separate Judgment Order.
___ Imprisonment for ___Years/months___ on each of counts _____
     Count(s) _____ concurrent/consecutive to count(s) _____
     Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     ___ Perform _____ hours of community service.
     ___ Serve _____ in a CCC/CTC.
     ___ Pay   $_____ fine amounts & times determined by P/O.
     ___ Make  $_____ restitution in amounts & times determined by P/O.
     ___ Participate in a program for treatment of narcotic/alcohol addiction.
         Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay   $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender   _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at   $_____
___ Filed and distributed judgment. ENTERED.
___ Other

|  | : 45 |
|---|---|
| Initials of Deputy Clerk | JG |

cc: